UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                         2:06-cr-123-FtM-29DNF

ROSALINA LOPEZ JUAN
_____

**OPINION AND ORDER**

On July 13, 2007, United States Magistrate Judge Douglas N. Frazier submitted a Report and Recommendation (Doc. #74) to the Court recommending that Defendant's Motion to Suppress (Doc. #53) be denied. Defendant filed Objections (Doc. #75) on July 23, 2007.

**I.**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)). The district

judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

## II.

Defendant objects to the finding that she was not in custody for purposes of Miranda v. Arizona, 344 U.S. 436 (1966) at the time she gave statements to law enforcement officers.  Defendant argues that "Custody simply means that there is a deprivation of 'freedom of action in any significant way.'" (Doc. #75, p. 2)(quoting Miranda, 344 U.S. at 479).  It is clear, however, as the Report and Recommendation stated, that the proper standard is whether there is a formal arrest or a restraint on freedom of movement <u>of the degree associated with formal arrest</u>.  California v. Beheler, 463 U.S. 1121, 1124 (1983).  See also United States v. Street, 472 F.3d 1298, 1309 (11th Cir. 2006); United States v. Brown, 441 F.3d 1330, 1347 (11th Cir. 2006).  The Court adopts the legal principles and facts as set forth in the Report and Recommendation, and adopts the finding that defendant was not in custody for Miranda purposes when she made the statements.

Defendant correctly argues that even if she was not in custody the prosecution must prove by a preponderance of the evidence that her statements were given voluntarily.  Defendant asserts that under the facts of this case, including her personal characteristics, her statements were not given voluntarily.  The

-2-

Report and Recommendation discusses the voluntariness of the statements at some length, and the Court agrees with its findings and conclusion.

After reviewing the Report and Recommendation and the transcripts of the evidentiary hearing (Docs. #63, 73), the Court fully agrees with the findings of fact and conclusions of law made by the magistrate judge. Accordingly, the Court will adopt the Report and Recommendation and will deny the motion to suppress.

Accordingly, it is now

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. #74) is **accepted and adopted**, and it is specifically incorporated into this Order.

2. Defendant's Motion to Suppress (Doc. #53) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this   1st   day of August, 2007.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
Counsel of Record
DCCD